UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID KUEHN,<br><br>               Plaintiff,<br><br>    v.<br><br>DR. AMELIA HAYGOOD, CAROL ROSENBERGER, AND DELOS INTERNATIONAL, INC.,<br><br>               Defendant. | CIVIL ACTION No. 05-10574 (RGS) |

### ASSENTED-TO MOTION TO EXTEND DEADLINE TO SERVE RESPONSIVE PLEADING

The defendants, Dr. Amelia Haygood, Carol Rosenberger, and Delos International, Inc., hereby move for an extension of the twenty-day deadline set by Fed. R. Civ. P. 12 for the service of a responsive pleading in this action. As grounds therefore, the defendants state as follows:

1. The plaintiff's attorney has assented to this Motion.

2. The parties have agreed to a two-week extension for serving a responsive pleading.

3. By this Motion, a responsive pleading in this matter will be due to be served by May 13, 2005, which will not delay the timely processing of this action.

B3028070.1

- 2 -

                Respectfully submitted,

                AMELIA HAYGOOD

                CAROL ROSENBERGER

                DELOS INTERNATIONAL, INC.

                By their attorneys:

                /s/ John E. Duke
                Jonathan A. Keselenko
                BBO #559604
                John E. Duke
                BBO #658755
                FOLEY HOAG LLP
                155 Seaport Boulevard
                Boston, MA 02210
                (617) 832-1000

Dated: April 29, 2005