UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID KUEHN,

          Plaintiff,

v.

DR. AMELIA HAYGOOD, CAROL ROSENBERGER, AND DELOS INTERNATIONAL, INC.,

          Defendant.

CIVIL ACTION No. 05-10574 (RGS)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Local Rule 7.3(A), Defendant Delos International, Inc. states that it has no corporate parent and has no stock owned by any publicly held company.

          Respectfully submitted,

          DELOS INTERNATIONAL, INC.

          By its attorneys,

          /s/ John E. Duke
          Jonathan A. Keselenko
          BBO #559604
          John. E Duke
          BBO #658755
          FOLEY HOAG LLP
          155 Seaport Blvd.
          Boston, MA 02210-2600
          (617) 832-1000

Dated: April 29, 2005