UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID KUEHN,

        Plaintiff,

v.

DR. AMELIA HAYGOOD, CAROL ROSENBERGER, AND DELOS INTERNATIONAL, INC.,

        Defendants.

CIVIL ACTION No. 05-10574 (RGS)

### AFFIDAVIT OF AMELIA STONE HAYGOOD

1. My name is Amelia Stone Haygood. I am the founder and President of Delos International, Inc. Delos is an independent classical music recording company.

2. I reside in Santa Monica, California.

3. I have never lived in Massachusetts.

4. I have traveled to Massachusetts only a few times.

5. I do not have a bank account in Massachusetts.

6. I neither own nor rent property in Massachusetts.

7. I have never met with David Kuehn in Massachusetts. All of my face-to-face contact with Mr. Kuehn has been outside of Massachusetts, primarily in California.

8. All of my other communications with Mr. Kuehn have been by email or telephone.

Signed under the Pains and Penalties of Perjury this 12th day of May, 2005.

                                                /s/ Amelia Stone Haygood
                                                Amelia Stone Haygood