| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> EUGENE R. CURRY <br> 3010 MAIN STREET <br> BANSTABLE, MA  02630 <br><br> TELEPHONE NO.*(Optional)*  (508) 375-0070   FAX NO.*(Optional)* <br> EMAIL ADDRESS*(Optional)*: <br> ATTORNEY FOR*(Name)*: | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER:  KUEHN <br> DEFENDANT/RESPONDENT:  HAYGOOD | CASE NUMBER: <br> 0510574RGS |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 00295409-02 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specify documents)*:
   COMPLAINT; SUMMONS IN A CIVIL ACTION

3. a. Party Served: *(specify name of party as shown on the documents served)*:
      CAROL ROSENBERGER

   b. Person Served: party in item 3a

4. Address where the party was served:     721 ADELIDE PLACE
                                            SANTA MONICA, CA 90402     **(Residence)**

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): April 9, 2005 (2) at (time): 07:07 pm

| Judicial Council of California POS-010 <br> [Rev. July 1, 2004] <br> Form adopted by rule 982.9 | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

41A/00295409-02

| PETITIONER: KUEHN | CASE NUMBER: |
|---|---|
| RESPONDENT: HAYGOOD | 0510574RGS |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
a.     as an individual defendant

7. Person who served papers



   a. Name: Scott Buter
   b. Address: 15759 Strathern Street, Van Nuys, CA 91406
   c. Telephone: (818) 787-0422
   d. *The fee* for service was: $ 60.00
   e. I am:
      Process Server
      (i) Employee or Independent Contractor
      (ii) Registration No.: 2616
      (iii) County : Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    April 18, 2005

Scott Buter
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

Judicial Council of California POS-010
[Rev. July 1, 2004]
Form adopted by rule 982.9

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10

41B/00295409-01