| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> EUGENE R. CURRY <br> 3010 MAIN STREET <br> BANSTABLE, MA  02630 <br><br> TELEPHONE NO.*(Optional)*  (508) 375-0070   FAX NO.*(Optional)* <br> EMAIL ADDRESS*(Optional)*: <br> ATTORNEY FOR*(Name)*: | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER:   KUEHN <br> DEFENDANT/RESPONDENT:   HAYGOOD | CASE NUMBER: <br> 0510574RGS |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 0295409A-02 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specifiy documents)*:
   COMPLAINT; SUMMONS IN A CIVIL ACTION

3. a. Party Served: *(specify name of party as shown on the documents served)*:
      DELOS INTERNATIONAL, INC.

   b. Person Served: other *(specify name and relationship to party named in item 3a)*:   EMILIA HAYGOOD
      AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: 6834 HOLLYWOOD BLVD., #209
                                        HOLLYWOOD, CA 90028        **(Business)**

5. I served the party *(check proper box)*
   b. **by substituted service**. On (date):April 12, 2005 at (time): 02:25 pm I left the documents listed in item 2 with
      or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      PHYLLIS BERNARD/PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
       of the person to be served. I informed him or her of the general nature of the papers.
   (4) a declaration of mailing is attached

| PETITIONER: KUEHN | CASE NUMBER: |
|---|---|
| RESPONDENT: HAYGOOD | 0510574RGS |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
c.   on behalf of:
    DELOS INTERNATIONAL, INC.
    under:
    [XX] CCP 416.10 (corporation)

7. **Person who served papers**



    a. Name: Scott Buter
    b. Address: 15759 Strathern Street, Van Nuys, CA  91406
    c. Telephone: (818) 787-0422
    d. *The fee* for service was: $   60.00
    e. I am:
        Process Server
        (i) Employee or Independent Contractor
        (ii) Registration No.: 2616
        (iii) County : Los Angeles

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

April 21, 2005

Scott Buter
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)           (SIGNATURE)

Page 2 of 2

ouncil of California POS-010
Rev. July 1, 2004]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10