UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID KUEHEN, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>DR. AMELIA HAYGOOD, )<br>CAROL ROSENBERGER, )<br>AND DELOS INTERNATIONAL, INC. )<br>)<br>)<br>    Defendants. )<br>) | CIVIL ACTION NO: 05-10574(RGS) |

**ASSENTED TO MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS OR TRANSFER VENUE**

    The Plaintiff, David Kuehn, hereby moves for an extension of time for file his Opposition To Plaintiff's Motion To Dismiss Or Transfer Venue and supporting documents. As grounds there for, the Plaintiff states:

1. Problems with internet access prevented him from filing his Opposition on May 27, 2005.

2. Defendants counsel has assented to this Motion.

3. The parties agreed to extend the deadline for filing to May 31, 2005.

4. Granting the extension will not delay litigation in this matter.

                                                  Respectfully Submitted,
                                                  DAVID KUEHN, Plaintiff
                                                  By his attorney,

                                                  /s/ Eugene R. Curry
                                                  Eugene R. Curry (BBO #549239)
                                                  3010 Main Street
                                                  Barnstable, Massachusetts 02630
                                                  (508) 375-0070

Dated: May 31, 2005