UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DAVID KUEHEN

    V.                      CIVIL ACTION NO. 05-10574-RGS

DELOS INTL., INC.

# NOTICE OF HEARING

STEARNS, DJ.                                    JUNE 24, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

WEDNESDAY, JULY 27, 2005 AT 3:00 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

        BY:

                    /s/ Mary H. Johnson
                    Deputy Clerk

*TO BE HEARD: Defts' Motion to Dismiss, Transfer (#4).