UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID KUEHN,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. AMELIA HAYGOOD, CAROL ROSENBERGER, AND DELOS INTERNATIONAL, INC.,<br><br>    Defendants. | CIVIL ACTION No. 05-10574 (RGS) |

## NOTICE OF APPEARANCE

Please enter the appearances of Jonathan A. Keselenko and John E. Duke as attorneys for the defendants, Amelia Stone Haygood, Carol Rosenberger, and Delos International, Inc., in the above referenced matter.

                Respectfully submitted,

                **AMELIA STONE HAYGOOD**

                **CAROL ROSENBERGER**

                **DELOS INTERNATIONAL, INC.**

                By their attorneys,

                /s/ John E. Duke
                Jonathan A. Keselenko
                BBO #559604
                John E. Duke
                BBO #658755
                FOLEY HOAG LLP
                155 Seaport Blvd.
                Boston, MA  02210-2600
                (617) 832-1000

Dated:  August 8, 2005