UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID KUEHN,<br><br>          Plaintiff,<br><br>     v.<br><br>DELOS INTERNATIONAL, INC.,<br><br>          Defendant. | CIVIL ACTION No. 05-10574 (RGS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby jointly request that the Complaint filed in this matter be dismissed, with prejudice and without costs, sanctions, or attorneys' fees to either party. All rights of appeal are hereby expressly waived.

| | |
|---|---|
| **DAVID KUEHN** | **AMELIA STONE HAYGOOD, CAROL ROSENBERGER, AND DELOS INTERNATIONAL, INC.** |
| By his attorney, | By its attorneys, |
| /s/ Eugene R. Curry<br>Eugene R. Curry, BBO #549239<br>3010 Main Street<br>Barnstable, MA 02630<br>(508) 375-0070 | /s/ John E. Duke<br>Jonathan A. Keselenko, BBO #559604<br>John E. Duke, BBO # 658755<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |
| Dated: January 17, 2006 | Dated: January 10, 2006 |

B3145738.1